**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000902
18-OCT-2023
08:33 AM
Dkt. 128 OCOR**

NO. CAAP-18-0000902

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ANTHONY S. BARDIN; GREG ALLEN, SR.; GREG ALLEN, JR.;
THOMAS J. BROOKS; JENNIFER S. BROOKS; MICHAEL CHANDLER;
KIRBY B. GUYER; MILTON SEARLES; JOHN R. HOFF TRUST;
LORNA E. HOFF TRUST; MICHELE L. KAISER; TODD SCHRIM;
JOHN WARK; and SHANNON WARK, Appellants-Appellants, v.
PLANNING DEPARTMENT OF THE COUNTY OF KAUAʻI/PLANNING
COMMISSION OF THE COUNTY OF KAUAʻI, KIMO KEAWE, in is
official capacity as Chairperson of the Planning
Commission, Appellees-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 17-1-0181 JKW)

SECOND ORDER OF CORRECTION
(By: Wadsworth, J., for the court[1])

The Opinion of the Court, filed on September 29, 2023, is hereby corrected as follows:

On page 15, after the conclusion and to the left of the judges' signature lines, insert an attorney credit section as follows:

> On the briefs:
>
> Gregory W. Kugle
> (Damon Key Leong Kupchak Hastert)
> for Appellants-Appellants
>
> Maryann G. Sasaki,
> Deputy County Attorney,
> County of Kauai,
> for Appellees-Appellees

---

[1] Leonard, Presiding Judge, and Wadsworth and McCullen, JJ.

On page 4, footnote 3, line 5, the closing parenthesis should be regular typeface (not bolded), so that the line appears as follows:

(**Contracts**); and (2) on April 21, 2015, ACNSN assigned the
Contracts to

On page 9, in the paragraph numbered "3," line 3, replace the "l" in the word "agglieved" with an "r" so that the line reads:

bidder, offeror, or contractor who is aggrieved in

On page 11, footnote 6, line 3, remove the first "S" in the acronym "ACSNSN" so that the line reads:

ACNSN.  We have found none.  The supreme court has observed, however, that

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, October 18, 2023.


/s/ Clyde J. Wadsworth
Associate Judge